# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**DONALD G. ETHEREDGE** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  CR 04-6-1-LRR<br>USM Number:  09191-029<br>Leslie E. Stokke<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation(s)   1   of the term of supervision.

■ was found in violation of   2, 3a&b, 4, 5, & 6   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Association with a Felon | 11/1/12 |
| 2 | New Law Violation | 5/28/15 |
| 3a & b | Use of Electronic Equipment to View or Store Pornography | 5/28/15 |
| 4 | Failure to Obtain Permission to Possess Computer and Failure to Allow Computer Search | 5/28/15 |
| 5 | Use of Internet | 5/28/15 |
| 6 | Possession of Pornography | 5/28/15 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____ .

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 22, 2015
Date of Imposition of Judgment

*Signature of Judge*

Linda R. Reade, Chief U.S. District Judge
Name and Title of Judge

June 22, 2015
Date

DEFENDANT: **DONALD G. ETHEREDGE**
CASE NUMBER: **CR 04-6-1-LRR**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **2 years.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     **DONALD G. ETHEREDGE**
CASE NUMBER:   **CR 04-6-1-LRR**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :  **4 years.**

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

   The defendant shall not commit another federal, state, or local crime.

   The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the Court.

☐   The above drug testing condition is suspended, based on the Court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

■   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

   If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the Court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **DONALD G. ETHEREDGE**
CASE NUMBER: **CR 04-6-1-LRR**

# SPECIAL CONDITIONS OF SUPERVISION

1. **The defendant shall participate in mental health counseling if deemed appropriate for him by his probation officer, until such time as he is released from the program by his probation officer. This may include participate in a sex offender evaluation and/or a Sex Offender Treatment program, or any such similar program in the defendant's approved district of residence. The defendant shall pay the costs of participation in these classes.**

2. **The defendant is prohibited from owning or operating any photographic equipment including, but not limited to, cameras, digital cameras, videotaping recorders, camcorders, computers, scanners, and printers, without the prior written consent of his probation officer.**

3. **If the defendant is granted permission to possess a computer by his supervising probation officer, he shall (i) consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of his computer(s) equipment, the retrieval and copying of all data, and any internal or external peripherals, and/or removal of such equipment for inspection; and (ii) consent to the direction of the probation officer to install any hardware or software systems installed to monitor his computer use.**

4. **The defendant shall not have Internet service at his place of residence or employment. Internet Service includes service through a commercial gateway (e.g., American Online (AOL), Microsoft Network (MSN), and etc.), an Internet Service Provider (ISP) and Internet Relay Chat (IRC) channels. The defendant shall not communicate with others via the World Wide Web (WWW), Internet Relay Chat (IRC), electronic mail (email), online networks, and online news groups and chat rooms.**

5. **The defendant is prohibited from owning or having in his possession any pornographic materials. The defendant shall neither use any form of pornography or erotica nor enter any establishment where pornography or erotica can be obtained or viewed.**

6. **The defendant shall submit to a search of his person, residence, office, or vehicle, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation, the defendant shall warn any other residents that the residence or vehicle may be subject to searches pursuant to this condition.**

7. **The defendant shall remain in compliance with all requirements of the Sex Offender Registry Program in his approved state of residence throughout the term of his supervision. The defendant shall also comply with the Sex Offender Risk Assessment and Public Notification Program in his state of residence.**

8. **The defendant shall have no contact with children under the age of 18 (including through letters, communication devices, audio or visual devices, visits, electronic mail, Internet chat rooms, or any contact through a third party) without the prior written consent of his probation officer. This condition does not apply to your children.**

9. **The defendant is prohibited from places where minor children under the age of 18 congregate, such as residences, parks, beaches, pools, daycare center, playgrounds, and schools without the prior written consent of his probation officer.**

DEFENDANT: **DONALD G. ETHEREDGE**
CASE NUMBER: **CR 04-6-1-LRR**

# SPECIAL CONDITIONS OF SUPERVISION

**10. Immediately following release from imprisonment, you must reside in a Residential Reentry Center for a period of up to 120 days. This placement will be in the community corrections component with work release privileges. While a resident of the Residential Reentry Center, you must abide by all rules and regulations of the facility. You must report to the Residential Reentry Center at a time and date to be determined by the Bureau of Prisons, the Residential Reentry Center, and the United States Probation Office.**

Upon a finding of a violation of supervision, I understand the Court may: (1) revoke supervision; (2) extend the term of supervision; and/or (3) modify the condition(s) of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____        _____
Defendant                                Date


_____        _____
U.S. Probation Officer/Designated Witness   Date